## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 371 (Conspiracy to Commit |
| **CARL GRANADA WILSON, JR.,** | : | Mail Fraud) |
| | : | |
| Defendant. | : | FORFEITURE: 18 U.S.C. § 981(a)(1)(C), |
| | : | 28 U.S.C. § 2461(c) |

## INFORMATION

The United States charges:

At times material to this Information:

### Introduction

1. Defendant Carl Granada Wilson, Jr., resided in California.

2. Khalil Kristopher Cooper resided in Maryland.

3. Raekwon Malik Harrod resided in Washington, D.C.

4. Victim Organization One was an American company headquartered in Connecticut.

5. Victim Organization Two was an American company headquartered in Washington state.

6. United Parcel Service (UPS) was a multinational company, which provided shipping services, and was a private and commercial interstate carrier.

7. Discord was a voice, video, and text communication service used by millions of people to hang out and talk with their friends and communities. Users communicated in private chats and/or as part of communities called "servers."

**COUNT ONE**
**(Conspiracy to Commit Mail Fraud)**

8. Paragraphs 1 through 7 are incorporated here.

9. From in or about no later than August 2021 through in or about July 2022, in the District of Columbia and elsewhere, Wilson did knowingly and willfully conspire, combine, confederate, and agree with others at various times to commit offenses against the United States, that is, violations of Title 18, United States Code, Section 1341 (mail fraud), in violation of Title 18, United States Code, Section 371 (conspiracy).

Purpose of the Conspiracy

10. It was a purpose of the conspiracy for the conspirators to enrich themselves by using compromised UPS accounts belonging to Victim Organization One and Victim Organization Two to fraudulently obtain UPS shipping labels and to sell UPS shipping labels to individuals online to profit therefrom.

Manner and Means of the Conspiracy

11. The manner and means by which this purpose was carried out included, but were not limited to:

   a. Harrod and Cooper advertising the sale of UPS shipping labels on Discord, and

   b. Wilson obtaining access to such shipping labels and unlawfully sharing the same with Harrod and Cooper.

Overt Acts

12. In furtherance of the conspiracy, and in order to effect the object thereof, the conspirators, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to the following.

a. On or about August 10, 2021, Cooper made three separate $9,800 withdrawals in cash from his account at a Credit Union.

b. On or about August 10, 2021, Harrod made three separate $9,800 withdrawals in cash from his account at a National Bank.

c. On or about August 10, 2021, Harrod and Cooper flew from Ronald Reagan Washington National Airport to Los Angeles International Airport to give Wilson cash.

d. On or about March 23, 2022, Wilson sent an iMessage to Harrod and Cooper that they needed to make the labels look more professional.

**(Conspiracy to Commit Mail Fraud,
in violation of Title 18, United States Code, Section 371)**

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, Wilson shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States also will seek a forfeiture money judgment against Wilson in the amount of at least $138,100.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of Wilson:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

Wilson shall forfeit to the United States any other property of Wilson, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p)**)**

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: March 14, 2024       By: _____
Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | Kondi.Kleinman2@usdoj.gov